UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. JUSTUS IV,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DELACRUZ, et al.,<br><br>　　　　　Defendants. | 1:20-cv-00241-GSA-PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 15.) |

　　　　Charles F. Justus IV ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2021, Plaintiff filed a motion for an order directing the defendants to answer the complaint. (ECF No. 15.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on March 17, 2021, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

　　Dated:　**March 22, 2021**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 4 at 2:7-8.)